

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00640-CV

**IN RE IBEX STAFFING SOLUTIONS, INC.** and Pronto Insurance

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  April 23, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On September 20, 2013, relators IBEX Staffing Solutions, Inc. and Pronto Insurance filed a petition for writ of mandamus complaining of the trial court's order setting aside a jury verdict and granting a new trial in the underlying employment discrimination case. This court requested and received a response on behalf of the real party in interest, Andrea Collie, in November 2013. The court subsequently abated the mandamus proceeding to allow the newly appointed judge of County Court at Law No. 10 to reconsider the predecessor judge's decision on the plaintiff's motion for new trial. *See* TEX. R. APP. P. 7.2(b).

On March 31, 2014, the court received an Order on Reconsideration of New Trial Order from the new trial judge, vacating the order complained of in this mandamus proceeding. On April

---

[1] This proceeding arises out of Cause No. 376802, styled *Andrea Collie v. IBEX Staffing Solutions, Inc. and Pronto Insurance*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable Tina Torres presiding.

7, 2014, relators moved to dismiss this mandamus petition in light of the trial court's order on reconsideration. Because the order challenged by relators in this proceeding has been vacated, the petition for writ of mandamus is accordingly dismissed as moot.

PER CURIAM